UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TRAVIS BARNETT, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | No. 4:14-CV-1723-RLW |
| TOM VILLMER, | ) |  |
| Respondent. | ) |  |

### MEMORANDUM AND ORDER

This matter is before the Court on petitioner's filing of an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor filed a motion to proceed in forma pauperis and financial affidavit. As a result, the Court will order petitioner to either pay the filing fee or submit a motion to proceed in forma pauperis and financial affidavit within thirty (30) days of the date of this Order.

Additionally, the habeas petition contains the unredacted names of minor children [Doc. #1]. Pursuant to Administrative Order of April 8, 2003, and in compliance with the policy of the Judicial Conference of the United States and the E-Government Act of 2002, parties must refrain from including, or must partially redact where inclusion is necessary, the names of minor children. *See also Webster Groves School Dist. v. Pulitzer Pub. Co.* 898 F.2d 1371, 1375 (8th Cir. 1990) (*en*

*banc*) (strong public policy favors the special protection of minors and their privacy where sensitive matters are concerned). If the involvement of a minor child must be mentioned, only the initials of a minor child may be used. Administrative Order, April 8, 2003. As such, petitioner will be required to submit an amended habeas petition, on a court form, redacting the names of all minors.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court immediately file the habeas petition [Doc. #1] under seal.

**IT IS FURTHER ORDERED** that, within thirty (30) days from the date of this Order, petitioner shall refile an amended habeas petition on a Court form, redacting the names of all minors in accordance with the foregoing.

**IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from the date of this order to pay the statutory filing fee of $5, or to submit a completed form "Motion to Proceed In Forma Pauperis and Affidavit in Support – Habeas Cases."

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner a form "Motion to Proceed In Forma Pauperis -- Habeas Cases" and a form petition for filing an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that, upon petitioner's filing of the amended form petition and/or form "Motion to Proceed In Forma Pauperis -- Habeas Cases," the Clerk shall resubmit this matter to the Court for review pursuant to Rule 4 of the Rules Governing § 2254 Cases.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, this action will be dismissed without prejudice. *See* Rule 41(b) of the Federal Rules of Civil Procedure.

Dated this 14th day of <u>October</u>, 2014.

*Ronnie L. White*
RONNIE L. WHITE
**UNITED STATES DISTRICT JUDGE**

3